UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY EDWARD SMITH,

                 Plaintiff,

-against-

COMMONWEALTH OF VIRGINIA, ET AL.,

                 Defendants.

20-CV-7521 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued September 15, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the February 27, 2014 order in *Smith v. Commonwealth of Virginia*, No. 1:13-CV-8111, 7 (LAP) (S.D.N.Y. Feb. 27, 2014), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 15, 2020
            New York, New York

                                        COLLEEN McMAHON
                                      Chief United States District Judge